IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

    Plaintiff,                         No. CIV S-11-3284 EFB P

    vs.

McDONALD,

    Defendant.                    ORDER

_____/

        Plaintiff is a prisoner confined to Mule Creek State Prison. In the action he seeks to commence, he is without counsel. It appears that he intends to seek relief for alleged civil rights violations. *See* 42 U.S.C. § 1983. On December 12, 2011, he filed a motion for default judgment, but did not file a complaint. Nor has he paid the filing fee for a civil action or sought leave to proceed *in forma pauperis*.

        To proceed with a civil action, a plaintiff must pay the $350 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period

1

1  immediately preceding the filing of the complaint . . . , obtained from the appropriate official of
2  each prison at which the prisoner is or was confined." In order to proceed, plaintiff must either
3  pay the filing fee or comply with the *in forma pauperis* statute.
4      Furthermore, a complaint is necessary for the commencement of a civil action. Fed. R.
5  Civ. P. 3. Any complaint must contain "a short and plain statement of [plaintiff's] claim
6  showing that [he] is entitled to relief." Fed. R. Civ. P. 8. Plaintiff may draft his claims on the
7  form complaint used by this court.
8      Accordingly, it hereby is ORDERED that:
9      1. Within 14 days of the date this order is served, plaintiff shall either pay the $350 filing
10 fee or submit a complete application for leave to proceed *in forma pauperis*;
11     2. Within 14 days of the date this order is served, plaintiff shall submit a complaint.
12 Failure to comply with this order will result in a recommendation that the application for leave to
13 proceed in forma pauperis be denied; and
14     3. The Clerk of the Court shall send to plaintiff the form complaint and application for
15 leave to proceed *in forma pauperis* used in this court.
16 DATED: January 3, 2012.

                                EDMUND F. BRENNAN
                                UNITED STATES MAGISTRATE JUDGE