IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID M. DAVID,

      Plaintiff,

vs.

MCDONALD,

      Defendant.

No. CIV S-11-3284 EFB P[1]

ORDER AND
FINDINGS AND RECOMMENDATIONS

Plaintiff is a prisoner confined to Mule Creek State Prison. In the action he seeks to commence, he is without counsel. On January 4, 2012, the court issued an order informing plaintiff he had failed to properly commence this action with a complaint, *see* Fed. R. Civ. P. 3, and that he had failed to pay the filing fee or seek leave to proceed in forma pauperis, *see* 28 U.S.C. §§ 1914(a), 1915(a). Dckt. No. 4. The court directed plaintiff to, within 14 days, pay the $350 filing fee or submit a complete application for leave to proceed in forma pauperis, and file a complaint. *Id.* The 14-day period set in the January 4, 2012 order has expired and plaintiff has not paid the required filing fee, sought leave to proceed in forma pauperis, filed a complaint,

---

[1] Plaintiff failed to respond to the court's order filed on December 14, 2011, Dckt. No. 2, directing that he complete and return the form indicating either his consent to proceed or request for reassignment to a district judge. Accordingly, the clerk will be directed to randomly assign this case to a district judge.

1

or otherwise responded to the order.

Accordingly, it is hereby ORDERED that the Clerk of the Court randomly assign a United States District Judge to this action.

Further, it is hereby RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 5, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE